HANSON BRIDGETT LLP
ANDREW W. STROUD, SBN 126475
astroud@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:     (916) 442-3333
Facsimile:     (916) 442-2348

Attorneys for Petitioners
Jessica Tavares, Dolly Suehead,
Donna Caesar and Barbara Suehead

KEKER & VAN NEST LLP
ELLIOT R. PETERS, SBN 158708
epeters@kvn.com
JO W. GOLUB, SBN 246224
jgolub@kvn.com
JESSE BASBAUM, SBN 273333
jbasbaum@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Respondents

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA TAVARES, DOLLY SUEHEAD, DONNA CAESAR, and BARBARA SUEHEAD,<br><br>    Petitioners,<br><br>    v.<br><br>GENE WHITEHOUSE, CALVIN MOMAN, BRENDA ADAMS, JOHN WILLIAMS, and DANNY REY, in their official capacity as members of the Tribal Council of the United Auburn Indian Community,<br><br>    Respondents. | Case No. 2:13-cv-02101 TLN CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE PETITION** |

789783.02

5958299.1

**WHEREAS,** on October 10, 2013, Petitioners Jessica Tavares, Dolly Suehead, Donna Caesar, and Barbara Suehead (collectively, "Petitioners") filed in this Court a Petition for Writ of Habeas Corpus Under Civil Rights Act [25 U.S.C. § 1303].  Dkt. 1.  The Petition named as Respondents Gene Whitehouse, Calvin Moman, Brenda Adams, John Williams, and Danny Rey (collectively, "Respondents");

**WHEREAS,** Respondents Rey, Whitehouse, Williams, and Moman were served between October 21, 2013 and October 25, 2013.  *See* Dkt. 4-7.  Respondents' counsel accepted service on behalf of Respondent Adams on November 6, 2013;

**WHEREAS,** the earliest response date now pending (for Respondent Rey) is November 12, 2013.  Dkt. 4.  The latest response date now pending (for Respondent Adams) is November 27, 2013;

**WHEREAS,** given the complexity of the issues involved, and the recent retention of Respondents' counsel, the parties have agreed to extend the time for all Respondents to respond to the Petition; and

**WHEREAS,** no prior extensions of time have been requested or granted in this matter;

**ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Eastern District Local Rules 143 and 144(a), the time for all Respondents to file a response to the Petition shall be December 9, 2013.  In the event that Respondents respond by motion, the motion will be noticed for January 30, 2014, or the earliest available date thereafter.

**IT IS SO STIPULATED:**

Dated:  November 14, 2013                                    KEKER & VAN NEST LLP

By:   */s/ Jesse Basbaum*
      ELLIOT R. PETERS
      JO W. GOLUB
      JESSE BASBAUM
      Attorneys for Respondents

789783.02                                                                                  5958299.1

1    Dated:  November 14, 2013                    HANSON BRIDGETT LLP

2

3                                                 By:   /s/ Andrew W. Stroud
                                                        ANDREW W. STROUD
4                                                       Attorney for Petitioners

5

6          IT IS SO ORDERED.

7

     Dated: November 18, 2013

8

9

10                                                      Troy L. Nunley
                                                        United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE PETITION
Case No. 2:13-cv-02101 TLN CKD

789783.02                                                                    5958299.1